```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ANDREW L. GRADMAN
    Special Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:09-CR-00112 AWI |
| Plaintiff, ) | MOTION AND ORDER TO DISMISS INDICTMENT |
| v. ) | |
| EDDIE MARICIO MOTA-RAMOS, ) | |
| Defendant. ) | |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and ANDREW L. GRADMAN, Special Assistant United States Attorney, hereby moves to dismiss the indictment in this case without prejudice in the interest of justice.

DATED: April 19, 2012                Respectfully submitted,
                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                By:  /s/ Andrew L. Gradman
                                     ANDREW L. GRADMAN
                                     Special Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:     April 19, 2012     _____
                              CHIEF UNITED STATES DISTRICT JUDGE